No. 957, Misc. VANDERSEE v. SECURITIES AND EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* and *Peter A. Dammann* for respondent.

No. 973, Misc. BUSBY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Cox* for the United States.

No. 978, Misc. NIELSEN v. CHARLES KURZ & Co., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Charles Andrews Ellis* for petitioner. *Thomas Coyne* for respondents.

No. 980, Misc. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 991, Misc. BRINSON v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 998, Misc. WISE v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. *John J. Spriggs, Sr.* and *John J. Spriggs, Jr.* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *Hugh Nugent* for the United States.

No. 999, Misc. SPRIGGS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *John J. Spriggs, Sr.* and *John J. Spriggs, Jr.* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for the United States.